IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>LIFETIME PRODUCTS INC.,<br><br>Defendant. | 25cv0782<br>ELECTRONICALLY FILED<br>LEAD CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>HAUTE DIGGITY DOG, LLC,<br><br>Defendant. | 25cv0783<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>DE LONGHI AMERICA INC.,<br><br>Defendant. | 25cv0784<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>YOGIBO LLC,<br><br>Defendant. | 25cv0792<br>ELECTRONICALLY FILED<br>MEMBER CASE |

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>FRUIT OF THE LOOM, INC.,<br><br>Defendant. | 25cv0793<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND'S, INC.,<br><br>Defendant. | 25cv0810<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>MULBERRY COMPANY (USA) INC.,<br><br>Defendant. | 25cv0811<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>Plaintiff,<br><br>v.<br><br>KEEN, INC.,<br><br>Defendant. | 25cv0812<br>ELECTRONICALLY FILED<br>MEMBER CASE |

BLAIR DOUGLASS,

Plaintiff,

v.

CHAR-BROIL, LLC,

Defendant.

25cv0823
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

HANOVER COMPANY STORE, LLC,

Defendant.

25cv0824
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

MAMMUT SPORTS GROUP, INC.,

Defendant.

25cv0826
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

PETPLATE, INC.,

Defendant.

25cv0834
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

MURRAY'S CHEESE LLC,

Defendant.

25cv0835
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

MACK WELDON, INC.,

Defendant.

25cv0836
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

DR. SQUATCH, LLC,

Defendant.

25cv0838
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

CASE-MATE, INC.,

Defendant.

25cv0839
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

DIESEL U.S.A., INC.,

Defendant.

25cv0850
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,
Plaintiff,

v.

NEXTMARVEL INC.,

Defendant.

25cv0851
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

VICI COLLECTION, LLC,

Defendant.

25cv0852
ELECTRONICALLY FILED
MEMBER CASE

---

BLAIR DOUGLASS,

Plaintiff,

v.

NUNA BABY ESSENTIALS, INC.,

Defendant.

25cv0859
ELECTRONICALLY FILED
MEMBER CASE

**CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 25-0783, 25-0784, 25-0792, 25-0793, 25-0810, 25-0811, 25-0812, 25-0823, 25-0824, 25-0826, 25-0834, 25-0835, 25-0836, 25-0838, 25-0839, 25-0850, 25-0851; 25-0852; 25-0859 are hereby consolidated with Civil Action No. **25-0782**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. **25-0782**.

3. The Clerk of Court shall close Civil Action No. 25-0783, 25-0784, 25-0792, 25-0793, 25-0810, 25-0811, 25-0812, 25-0823, 25-0824, 25-0826, 25-0834, 25-0835, 25-0836, 25-0838, 25-0839, 25-0850, 25-0851; 25-0852; 25-0859.

SO ORDERED this 1st day of July, 2025.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record